UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES WALLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16CV123 ACL |
| NICOLE GREEN, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for additional time to file his prison account statement. Plaintiff seeks an additional thirty (30) to forty-five (45) days to file his account statement from the Dunklin County Jail. The Court finds that plaintiff should be able to attain a prison account statement by August 30, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for additional time to file his prison account statement [Doc. #7] is **GRANTED**.

**IT IS FURTHER ORDERED** that no later than August 30, 2016, plaintiff must submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Memorandum and Order, plaintiff's case will be subject to dismissal, without prejudice.

Dated this 2nd day of August, 2016.

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE